OPINION — AG — ** EMPLOYEE — DUAL OFFICE HOLDING — NEPOTISM ** QUESTION: MAY THE MAN WHO HAD THE DRAGGING OF EIGHT MILES OF STATE HIGHWAY, WITH NO ONE WORKING UNDER HIS SUPERVISION, AT THE SAME TIME LEGALLY SERVE A MEMBER OF A SCHOOL BOARD — AFFIRMATIVE, HE IS AN EMPLOYEE, NOT A PUBLIC OFFICIAL (DEPARTMENT OF TRANSPORTATION, HIGHWAY) CITE: 51 O.S. 6 [51-6], 21 O.S. 481 [21-481] (FRANK APPLEMAN)